IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY PIERRE,

    Petitioner,
v.
                                     CASE NO. 1:19-cv-313-AW-GRJ

SECRETARY, FLORIDA
DEPT. OF CORRECTIONS,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Jerry Pierre, proceeding *pro se,* initiated this case by filing a "Petition for an All Writs Act Under 28 [U.S.C.] § 1651". The Petition stems from Petitioner's 2008 Alachua County convictions for armed burglary and other offenses, for which Petitioner is serving a life sentence. Petitioner alleges that his constitutional rights were violated during his state criminal proceedings, and he seeks release from confinement. ECF No. 1. The Court therefore construes the Petition as arising under 28 U.S.C. § 2254, which governs petitions for habeas corpus relief filed by persons who are confined pursuant to a state-court judgment.

The Court ordered Petitioner to re-file his Petition on the Court's form for § 2254 habeas petitions, and to either pay the $5.00 habeas corpus filing fee or file a motion for leave to proceed *in forma pauperis* on or before

January 9, 2020. Petitioner was warned that failure to do so would result in a recommendation that this case be dismissed without further notice. As of this date, Petitioner has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the court and failure to prosecute.

**IN CHAMBERS** this 14th day of January 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.