# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JERRY PIERRE,**

    **Petitioner,**

**v.**                                                 **CASE NO. 1:19-cv-313-AW-GRJ**

**SECRETARY, FLORIDA DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER OF DISMISSAL

The court has reviewed the magistrate judge's January 14, 2020 Report and Recommendation. ECF No. 4. No objections have been filed. I have determined that the Report and Recommendation should be adopted. It is now ordered:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference.

2. The clerk shall enter a judgment that says "This case is dismissed for failure to comply with an order of the Court and failure to prosecute."

3. The clerk shall close the file.

SO ORDERED on February 14, 2020.

                                                       _s/ Allen Winsor_
                                                       United States District Judge